WAYNE C. MAYER (62031)
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
fax (619) 281-2963

Attorney for Material Witness: MIRTA LUNA PORTILLO
HECTOR GUZMAN GARCIA
JAIME ANTONIO PRECIADO GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO PRECIADO DIAZ; CONCEPCION GARCIA OROZCO,<br><br>Defendant(s). | Case No.: 07 MJ 2966<br><br>DECLARATION OF MIRTA LUNA PORTILLO IN SUPPORT OF MATERIAL WITNESS' MOTION FOR VIDEO TAPED DEPOSITION<br><br>DATE: 1/22/08<br>TIME: 9:30 a.m.<br>DEPT: Magistrate Papas |

I, MIRTA LUNA PORTILLO declare:

1. I am a material witness in the above referenced in the Prosecution of defendants in the above referenced matter;
2. I have made a diligent effort to locate surety for myself but have been unsuccessful;
3. I have no one who can be of assistance as surety for me;
4. I am a citizen and resident of the Honduras and need to return to Honduras to support my family who rely on me for their support;

5. I have a common law wife and a 7 year old daughter in Honduras who I support need to return to Honduras to care for my child who resides with my mother, father and brother in one house in Honduras;
6. I came to the United States in search of employment in order to support my family that remained behind and I need to work to support my family;

I make this declaration under penalty of perjury and the laws of the United States of America and California.

Dated: 1/3/08

s/ Mirta Luna Portillo
Mirta Luna Portillo
Material Witness