Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Melissa L. Bustarde, Esq. Bar. No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099

Attorneys for: Material Witnesses FERNANDO HERNANDEZ-VASQUEZ and JOSE SANCHEZ-RUBI

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE VILLAREAL-RAMOS (1),
CONCEPCION GARCIA-OROZCO (2),
ISAAC RAMIREZ-MARQUEZ (3),
SERGIO PRECIADO-DIAZ (4),

Defendants.

Criminal Case No. 08 cr 0095
Mag. Docket No. 07 mj 2930

**PROOF OF SERVICE VIA E-FILE**
**[Fed. R. Civ. Pro. 4, Local Rule 5]**

I, Christopher Lock, declare as follows:

1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2. On January 23, 2008, electronic copies of the following document were electronically served on the following parties in Case No. 08 mj 2930/08 cr 0095:

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

- **Joinder of Material Witnesses Fernando Hernandez-Vasquez and Jose Sanchez-Rubi to Motion for Video Deposition and Release**

| | |
|---|---|
| Frank Sheppard, A.U.S.A<br>Efile.dkt.gc2@usdoj.gov | Merle N. Schneidewind, Esq.<br>atymerle@pacbell.net |
| Benjamin P. Lechman, Esq.<br>benlechman@hotmail.com | Leila Morgan, Esq.<br>Leila_Morgan@fd.org |

I declare under penalty of perjury under the laws of the United States, State of California that the foregoing is true and correct and that this declaration was executed on January 23, 2008.

Christopher Lock