BENJAMIN P. LECHMAN
Attorney at Law
California State Bar No. 185729
964 Fifth Avenue, Suite 303
San Diego, CA 92101
Telephone: (619) 699-5935
Facsimile: (619) 699-5936

Attorney for Defendant Garcia-Orosco

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CONCEPCION GARCIA-OROSCO,<br>Defendant. | CASE NO. 08CR00095-BEN<br><br>DATE: February 25, 2008<br>TIME: 2:00 p.m.<br><br>MOTION TO:<br><u>(1) JOIN CO-DEFENDANT'S MOTIONS</u> |

**I.**

**<u>STATEMENT OF FACTS</u>**

Ms. Garcia-Orosco is charged along with 2 co-defendants in an indictment with conspiracy to harbor and transport illegal aliens in violation of various provisions within 8 U.S.C. 1324. As of last week, a large volume of discovery (including documents and Spanish-language DVD's) has been produced but, because of its volume, has not been completely reviewed. As it is still early in the proceedings, Ms. Garcia-Orosco does not offer a detailed set of facts in addition to the indictment at this time. Thus, the facts alleged in these motions are subject to amplification and/or modification at the time these motions are heard.

//

**II.**

**MOTION FOR JOINDER**

Ms. Garcia-Orosco moves to formally join the following motions of her co-defendants:

1. By attorney for defendant Preciado-Diaz (defendant #4):

   Motion for Discovery (CR 17); and

2. By attorney for defendant Villareal-Ramos (defendant #1):

   Motion for discovery; to dismiss indictment due to improper grand jury instructions; for leave to file further motions (CR 25).

**III.**

**CONCLUSION**

For the foregoing reasons, it is respectfully requested that the Court grant the above motions.

Respectfully submitted,

Dated: February 25, 2008

s/ Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Garcia-Orosco