UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

JOSE VILLAREAL-RAMOS, ET AL

Defendant(s)

CRIMINAL NO. 08CR95-BEN

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

HECTOR GUZMAN-GARCIA

DATED: 3/27/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by J. Jaramillo **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082