BENJAMIN P. LECHMAN
Attorney at Law
California State Bar No. 185729
964 Fifth Avenue, Suite 303
San Diego, CA 92101
Telephone: (619) 699-5935
Facsimile: (619) 699-5936

Attorney for Defendant Garcia-Orosco

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CONCEPCION GARCIA-OROSCO,<br>Defendant. | CASE NO. 08CR00095-BEN<br>DATE: February 25, 2008<br>TIME: 2:00 p.m.<br>JOINT MOTION TO CONTINUE <u>SENTENCING HEARING</u> |

Defendant CONCEPCION GARCIA-OROSCO ("Garcia-Orosco"), by and through and with the advice and consent of her defense counsel, Benjamin P. Lechman, and with the joint concurrence of Counsel for the government, Stewart Young, MOVES THE COURT TO RE-SET THE PRESENT SENTENCING DATE of April 21, 2008 at 9:00 a.m., and continue the sentencing in this case to June 2, 2008 at 9:00 a.m. This date was provided through the Court Deputy, Glenn Rivera. A proposed order granting this continuance motion, prepared for the Court's signature, will be sent to chambers by electronic mail upon request.

Dated: April 18, 2008

Respectfully submitted,

s/ Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Garcia-Orosco
Email: benlechman@hotmail.com

s/Stewart Young
**STEWART YOUNG**
Assistant U.S. Attorney
stewart.young@usdoj.gov