BENJAMIN P. LECHMAN
California State Bar Number 185729
964 Fifth Ave. #320
San Diego, California 92101-5008
Telephone: (619) 699-5935

Attorney for Defendant Garcia-Orosco

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONCEPCION GARCIA-OROSCO,<br><br>Defendant. | CASE NO. 08CR00095-BEN<br><br>JOINT MOTION OF THE PARTIES<br>TO CONTINUE SENTENCING DATE |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Fred Sheppard, Assistant United States Attorney, and defendant CONCEPCION GARCIA-OROSCO ("Garcia-Orosco"), by and through and with the advice and consent of her defense counsel, Benjamin P. Lechman, THE PARTIES JOINTLY MOVE the Court for an order that the present sentencing date of July 21, 2008, be continued to August 18, 2008, at 9:00 a.m. This date was provided by the Court's clerk.

A proposed order granting this joint continuance motion, prepared for the Court's signature, will be sent to chambers by electronic mail upon request.

Dated: July 18, 2008 Its is STIPULATED AND AGREED this date,

s/ Fred Sheppard
**FRED SHEPPARD**
Attorney for Plaintiff United States of America
Email: fred.sheppard@usdoj.gov

s/ Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Henderson
Email: benlechman@hotmail.com